**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
201 W. BROAD AVE.
ALBANY, GEORGIA 31701

GREGORY J. LEONARD
CLERK
PHONE: 229-430-8432
FAX: 229-430-8538

RECEIVED 2005 OCT 14 A 9:59

October 12, 2005

| OFFICES | |
|---|---|
| ALBANY | 31701 |
| ATHENS | 30601 |
| COLUMBUS | 31902 |
| MACON | 31202 |
| THOMASVILLE | 31792 |
| VALDOSTA | 31601 |

TO:   U.S. District Court Clerk's Office
      Middle District of Alabama
      P.O. Box 711
      Montgomery, AL 36101-0711

RE:   Middle District of Georgia Case No.   __1:05-MJ-44(RLH)__

      UNITED STATES OF AMERICA VS.   __SERGIO RIOS__

Dear Sir/Madam:

Enclosed are materials in our court file, to date, in the above-styled matter which has been transferred to your district pursuant to <u>Removal-Rule 5.</u>

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,

GREGORY J. LEONARD, CLERK

BY: __Wanda H. Sanders__
Deputy Clerk

xc:   U.S. Attorney
      U.S. Probation
      U.S. Marshal

---

Received said papers on _____ and assigned Case No. _____
By: _____