## U.S. District Court [LIVE AREA]
## Middle District of Georgia (Albany)
## CRIMINAL DOCKET FOR CASE #: 1:05-mj-00044-RLH-ALL
### Internal Use Only

RECEIVED 2005 OCT 14 A 9:59
DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF GA.

Case title: USA v. Rios                                          Date Filed: 10/07/2005

---

Assigned to: U.S. Mag. Judge Richard L. Hodge

**Defendant**

Sergio Rios (1)                          represented by   **John Phillip Cannon**
                                                          PO Box 727
                                                          Albany, GA 31702
                                                          229-446-8085
                                                          Email: AttorneyPCannon@aol.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: CJA Appointment*

**Pending Counts**                                        **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                     **Disposition**

None

**Highest Offense Level (Terminated)**

None

I certify that this document is a true copy of the original document or electronic filing in this case.
Wanda J. Sanders  10/12/05
Deputy Clerk

**Complaints**                                            **Disposition**

21:846=CD.F: Conspiracy to to possess
with intent to distribute
methamphetamine.

---

**Plaintiff**

USA                                      represented by   **Leah E. McEwen**
                                                          P.O. Box 366
                                                          Albany, GA 31701

229-430-7754
Fax: 229-430-7766
Email: leah.e.mcewen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2005 | | Arrest (Rule 5) of Sergio Rios (wks ) (Entered: 10/12/2005) |
| 10/07/2005 | 1 | CJA 23 Financial Affidavit by Sergio Rios (wks ) (Entered: 10/12/2005) |
| 10/07/2005 | 2 | Minute Entry for proceedings held before Judge Richard L. Hodge :ATTORNEY APPOINTMENT HEARING; INITIAL APPEARANCE IN RULE 5 PROCEEDINGS; and REMOVAL HEARING as to Sergio Rios held on 10/7/2005; INTERPRETER KAREN PROUT appointed in case as to Sergio Rios (Court Reporter: Tape Recorder). (Attachments: # 1 Copy of Complaint & Warrant) (wks ) (Entered: 10/12/2005) |
| 10/07/2005 | 3 | COMMITMENT TO ANOTHER DISTRICT as to Sergio Rios. Defendant committed to the Middle District of Alabama. Signed by Judge Richard L. Hodge on 10/7/05. (wks ) (Entered: 10/12/2005) |
| 10/12/2005 | 4 | NOTICE OF ATTORNEY APPEARANCE: John Phillip Cannon appearing for Sergio Rios (Cannon, John) (Entered: 10/12/2005) |
| 10/12/2005 | 5 | MOTION for Discovery by Sergio Rios. Response to Motion due by 11/4/2005 Reply to Response to Motion due by 11/21/2005. (Cannon, John) (Entered: 10/12/2005) |