| IN UNITED STATES | x MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF

| United States V.S. Sergio Rios | FOR Middle District of Georgia |
| AT Albany |

RECEIVED
2005 OCT 14 A 10:00
Filed at 10:45 A.M.
DATE 10/7/05
WKS
DEPUTY CLERK, U.S. DISTRICT COURT

PERSON REPRESENTED (Show your full name)
Sergio Rios

1. x Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: MISC# 1:05-MJ-44
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   x Felony   ☐ Misdemeanor

Consp. To Poss. W/IT Dist. Methamphetamine

---

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: Fiesta Restaurant in Donaldsonville
- IF YES, how much do you earn per month? $ 0
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☒ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ 32,000
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ ___

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No  IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE / DESCRIPTION

---

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
___ SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED
Total No. of Dependents: 3
List persons you actually support and your relationship to them: Aurora Rodriguez cohabitur for 23+ yrs

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: / Creditors / Total Debt 0 / Monthly Paymt.

---

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 10/06/05

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ► X Sergio Rios

cell: (229) 308-2121 wife
(229) 309-9669 son
(229) 220-9862 son
(229) 524-1440 rest

Completed by Karen Prout Interpreter
USPO Scott Howell - Present

①