# MEMORANDUM OF FELONY PROCEEDINGS

RECEIVED
2005 OCT 14 A 10: 00

Honorable Richard L. Hodge, Presiding    CASE NO.: 1:05-MJ-44 (RLH)

Courtroom Deputy: Wanda K. Sanders    Court Reporter: Tape Recorder
Interpreter: _____

AUSA: Leah McEwen
USPO: Scott Howell    ARREST DATE: 10/6/05

UNITED STATES OF AMERICA vs. Sergio Rios
DEF. ATTY.: Phil Cannon    Retained ☐    CJA ☑

11:00
11:35

## I. INITIAL APPEARANCE HEARING

✓ Hearing begun  10/7/05  ____ continued to _____
✓ Defendant advised of legal and constitutional rights.
✓ Defendant informed of charges against him/her and of maximum possible penalty upon conviction or plea of guilty.
____ Motion for Pretrial Detention by government:
   ☐ oral in open court    ☐ in writing filed with court
____ Bond/Pretrial Detention Hearing held (See II. below)
____ Bond/Pretrial Detention Hearing continued to _____ at _____ o'clock ____.M. under 18 U.S.C. § 3142(f) upon motion of   ☐ government   ☐ defendant.
____ Temporary detention ordered under § 3142(d).
____ Temporary detention ordered pending further hearing.

Filed at 11:36 A.M. 10/7/2005 (WKS)
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## II. BOND/PRETRIAL DETENTION HEARING

____ ORDER OF RELEASE entered _____.
____ Defendant released on own recognizance.
____ Bond set at $_____
   ☐ Unsecured
   ☐ Secured by cash or approved real estate, commercial bond, or other sureties and/or securities.
   ☐ Secured by the amount set forth above but defendant may satisfy same by posting _____% in the form of a CERTIFIED BANK CHECK or MONEY ORDER with the Clerk.
____ Other Conditions of Release:
   ☐ Travel restricted to _____
   ☐ Bond Supervision by U.S. Probation Office/Pretrial Services, including right to conduct alcohol/drug screening and testing.
   ☐ Surrender of passport
   ☐ Possess no firearms
   ☐ Other:_____

____ Defendant advised of penalties and sanctions.

②

____ **MOTION FOR PRETRIAL DETENTION:** Hearing held _____.

AUSA:_____ Def. Atty.:_____

Motion ☐ Granted ☐ Denied

____ **PRETRIAL DETENTION ORDERED** - U.S. Marshal directed to hold defendant in custody (written order to follow).

### III. PRELIMINARY HEARING

____ Preliminary hearing set for _____.
____ Preliminary hearing WAIVED by defendant - WAIVER filed.
____ Preliminary hearing held: _____.
    ☐ Probable cause found       ☐ Probable cause not found

### IV. REMOVAL HEARING (RULE 40)

✓ Initial Appearance held _____10/7/05_____ (See I. above)
✓ Defendant WAIVES removal hearing (_____✓_____ as to identity only.
    WAIVER filed.
✓ REMOVAL HEARING HELD - defendant identified as same person charged in ~~indictment~~/complaint in district of prosecution.
____ REMOVAL HEARING HELD - identity not established.
✓ Defendant requests preliminary hearing in district of prosecution.
____ Defendant requests preliminary hearing in this district.
____ Preliminary hearing held (See III. above).
____ No preliminary hearing required - proceeding on indictment.
____ BOND/DETENTION (See II. above).
✓ Defendant advised of provisions of Rule 20 of the Federal Rules of Criminal Procedure.
✓ Defendant ordered REMOVED to _Middle_ District of _Alabama_.
    ☐ subject to ability to satisfy conditions of release.
____ Removal DENIED.

### V. ARRAIGNMENT

____ At time of initial appearance        ____ On _____
____ Defendant's counsel present          ____ Defendant's counsel absent
____ Defendant advised of charges and maximum possible penalties.
____ Defendant WAIVED formal reading of indictment/information and entered a plea of NOT GUILTY in writing.
____ STANDARD PRETRIAL ORDER to be entered by court.
____ NOTICE OF ESTIMATED SENTENCING GUIDELINE RANGE given to defendant's counsel.