RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

2005 OCT 14 A 10:00

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
05 OCT -7 AM 11:57

B. Littleton
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| VS. | * | 1:05-MJ-44(RLH)(MDGA) |
| | * | 1:05-MJ-110(CSC)(MDAL) |
| SERGIO RIOS, | * | |
| | * | |
| Defendant. | * | |

I certify that this document is a true copy of the original document or electronic filing in this case.

Wanda R. /Reinders/  10/12/05
Deputy Clerk                 Date

### ORDER OF REMOVAL

**TO: UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF GEORGIA**

A warrant for arrest having been issued upon a criminal complaint filed against this defendant in the Middle District of Alabama, and said defendant having been taken into custody in the Middle District of Georgia, Albany Division; after an initial appearance **using an English/Spanish interpreter** held on October 7, 2005, before Richard L. Hodge, United States Magistrate Judge for the Middle District of Georgia, pursuant to Rule 5 of the Federal Rules of Criminal Procedure, the identity of defendant having been admitted (identity hearing waived), a copy of the warrant and complaint having been furnished to defendant, the said SERGIO RIOS is hereby ordered REMOVED forthwith to the **United States District Court for the Middle District of Alabama.** The defendant **who requested a preliminary examination upon his arrival in the Middle District of Alabama,** was represented by appointment in the Middle District of Georgia by Mr. John Phillip Cannon of the Dougherty Circuit Bar Association.

The court finds that release of this defendant from the custody of the United States Marshal is not appropriate at this time; conditions of release, if appropriate, may be considered by the judicial officer presiding in the Middle District of Alabama upon the appearance of the



defendant in that district.

Accordingly, YOU ARE HEREBY COMMANDED to remove the said SERGIO RIOS to the Middle District of Alabama and there deliver him to that Court as directed.

SO ORDERED, this _____ day of October 2005.

_____
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE