RECEIVED
2005 OCT 14 AM 8:58

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>v.<br><br>RIOS, SERGIO,<br>    Defendant. | )<br>)<br>) Case No.: 1:05-MJ-48<br>) Violation:<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I certify that this document is a true copy of the original document or electronic filing in this case.

/s/ Wanda R. Sanders  10/12/05
Deputy Clerk              Date

**NOTICE OF APPEARANCE OF COUNSEL**

You are hereby notified that Phil Cannon of the law firm of Phil Cannon, P.C., has been appointed Counsel for Defense, in the above entitled action, and hereby files this Notice of Appearance of Counsel for Defendant as required by law. All future notices, orders, correspondence and service copies of pleadings should be sent to the undersigned at the address below.

This 11TH day of October, 2005

Respectfully Submitted,

/s/ Phil Cannon
Phil Cannon          107895
Attorney for Defendant

Prepared By:
Phil Cannon
State Bar No. 107895
P.O. Box 727
Albany, GA  31702-0727
(229) 446-8085

IN THE UNITED STATES DISTRICT COURT FOR THE

## MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　Plaintiff, | )<br>)<br>) Case No.: 1:05-MJ-43<br>) Violation: |
| v. | )<br>) |
| RIOS, SERGIO,<br>　　　Defendant. | )<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I hereby certify that on **10/11/05**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:   A. Clark-Morris, Assistant U.S. Attorney.  I also certify that I have mailed by United States Postal Service the document and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants: n/a.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　/s/ Phil Cannon
　　　　　　　　　　　　　　　　　　　John Phillip Cannon
　　　　　　　　　　　　　　　　　　　P.O. Box 727
　　　　　　　　　　　　　　　　　　　Albany, GA 31702-0727
　　　　　　　　　　　　　　　　　　　Phone: (229) 446-8085
　　　　　　　　　　　　　　　　　　　Fax: (229) 446-7024
　　　　　　　　　　　　　　　　　　　E-mail: lawyerphilcannon@aol.com
　　　　　　　　　　　　　　　　　　　Georgia Bar No: 107895