IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>) |
| | ) Case No.: 1:05-MJ-110(CSC)(MDAL) |
| v. | )<br>) |
| RIOS, SERGIO,<br>Defendant. | )<br>)<br>)<br>) |

## MOTION FOR APPEARANCE OF COUNSEL PRO HAC VICE

COMES NOW, Attorney JOHN PHILIP CANNON, Georgia State Bar No. 107895, and moves this Honorable Court to accept his Appearance Pro Hac Vice in the above styled action. Pursuant to Middle District of Alabama Local Rule 83.1, accompanying this motion is a Certificate of Good Standing issued by the Middle District of Georgia, and the Pro Hac Vice Admission fee of $20.00.

This 18TH day of October, 2005

Respectfully Submitted,

_____
Phil Cannon            107895
Attorney for Defendant

Prepared By:
Phil Cannon
State Bar No. 107895
P.O. Box 727
Albany, GA 31702-0727
(229) 446-8085

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>RIOS, SERGIO,<br>Defendant. | )<br>)<br>) Case No.: 1:05-MJ-110(CSC)(MDAL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on 10/18/05, I have served a copy of the foregoing motion by mailing the document by United States Postal Service, properly addressed thereon:

Anna Clark Morris
US Attorney's Office
P.O. Box 197
Montgomery, AL 36101-0197

Respectfully submitted,

/s/ John Phillip Cannon
John Phillip Cannon
P.O. Box 727
Albany, GA 31702-0727
Phone: (229) 446-8085
Fax: (229) 446-7024
E-mail: lawyerphilcannon@aol.com
Georgia Bar No: 107895