AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

__MDDLE__      DISTRICT OF      __GEORGIA__

**CERTIFICATE OF
GOOD STANDING**

I, __GREGORY J. LEONARD__, *Clerk of this Court,*

*certify that* __JOHN PHILLIP CANNON__, *Bar #* __107895__,

*was duly admitted to practice in this Court on*

__5/13/1993__, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* __ALBANY__ *on* __10/18/2005__.
LOCATION                         DATE

**GREGORY J. LEONARD**

_____          *Wanda K. Sanders*
CLERK                                        DEPUTY CLERK