AO82 SWEDA
(Rev. 4/91)

ORIGINAL
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF ALABAMA
at _____ MONTGOMERY _____

**108180**

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| | General and Special Funds | |
| 508800 | Immigration Fees | 000109D |
| 085000 | Attorney Admission Fees | |
| 086900 | Filing Fees | |
| 322340 | Sale of Publication | |
| 322350 | Copy Fees | |
| 322360 | Miscellaneous | |
| 143500 | Interest | |
| 322380 | Recoveries of Court Costs | |
| 322386 | Restitution of U.S. Government | |
| 121000 | Conscience Fund | 10/24/05 |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Filings Spec. Acct. | |
| 510100 | Registry Admin. Acct. | |

```
                108180*#
COURT COSTS
6855XX      20.00
   ##
TOTAL      20.00
M/ORDR     20.00
CHANGE      0.00
        1 ITM-CT
121395A000 11:22
```

CASE REFERENCE:

1:05mj110

RECEIVED FROM

John Philip Cannon

PO Box 727

Albany, GA 31702

(m/PHV John Philip Cannon)

DEPUTY CLERK _____

Checks and drafts are accepted subject to collection and full
credit will only be given when the check or draft has been
accepted by the financial institution on which it was drawn.

THIS IS A RECEIPT, NOT A BILL