# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | * |
| vs. | *    CR. NO. 1:05-mj-110-CSC |
| **SERGIO RIOS,** | * |
| Defendant. | * |

### ENTRY OF APPEARANCE

*COMES NOW* the undersigned attorney and hereby enters his appearance as retained counsel of record for **Sergio Rios,** Defendant in the above-styled cause. The provisions limiting the period of the undersigned's employment are that the said attorney is retained to represent the Defendant through the trial and sentencing portions of this case only.

This the 26th day of October, 2005.

>  **s/ Derek E. Yarbrough**
>  **Derek E. Yarbrough**
>  Bar Number: ASB-6664-R63D
>  **Attorney for Defendant**
>  Motley, Motley & Yarbrough, LLC
>  Dan Clemmons Building
>  117 East Main Street
>  Dothan, Alabama 36301
>  Telephone: (334) 793-0051
>  Fax: (334) 793-9845
>  E-mail: motley@graceba.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| | * | |
| vs. | * | CR. NO. 1:05-mj-110-CSC |
| | * | |
| **SERGIO RIOS,** | * | |
| | * | |
| Defendant. | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2005, my Entry Of Appearance was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Louis V. Franklin, Sr.  
U.S. Attorney's Office  
P.O. Box 197  
Montgomery, AL 36101-0197  
Telephone: 334-223-7280  
Facsimile: 334-223-7560  
louis.franklin@usdoj.gov

A. Clark Morris  
U.S. Attorney's Office  
P.O. Box 197  
Montgomery, AL 36101-0197  
Telephone: 334-223-7280  
Facsimile: 334-223-7560  
clark.morris@usdoj.gov

and a copy has been mailed by United States Postal Service to the following non-CM/ECF participants: None

**s/ Derek E. Yarbrough**  
**Derek E. Yarbrough**  
Bar Number: ASB-6664-R63D  
**Attorney for Defendant**  
Motley, Motley & Yarbrough, LLC  
Dan Clemmons Building  
117 East Main Street  
Dothan, Alabama 36301  
Telephone: (334) 793-0051  
Fax: (334) 793-9845  
E-mail: motley@graceba.net