# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v | ) | **CR. NO. 1:05MJ110-CSC** |
| | ) | |
| **SERGIO RIOS** | ) | |

## ORDER

Upon consideration of the *Motion for Leave to Appear as Lead Counsel* (Doc. #8) filed by Attorney Derek E. Yarbrough ; *Motion for Leave to Appear as Counsel* (Doc. #10) filed by Attorney Spencer W. Danzey and *Defendant's Motion to Continue Detention Hearing* (Doc. #9) and for good cause it is **ORDERED** that the motions be and are hereby **GRANTED**. It is further

**ORDERED** that the detention hearing currently set for October 27, 2005 is **CONTINUED** to **November 2, 2005 at 2:30 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 27th day of October, 2005.

             /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE