RECEIVED
2005 OCT 28 A 9:34
[U.S. District Court Clerk stamp]

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>RIOS, SERGIO, )<br>　　　　　Defendant. )<br>)<br>) | Case No.: 1:05-MJ-110(CSC)<br>　　　　(MDAL)<br>Violation: |

## MOTION TO WITHDRAW

COMES NOW, the Defendant's attorney in the above referenced matter, PHIL CANNON, and files this his Motion to Withdraw as attorney of record for Defendant, SERGIO RIOS, and in support thereof would show this Honorable Court the following:

1.

That on October 20, 2005, Defendant's attorney was served by certified mail a letter of termination attached hereto as Exhibit "A".

2.

That the United States District Court will retain jurisdiction of the underlying action.

3.

That the client has the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set.

4.

That the withdrawal of counsel will not affect any court dates or scheduled

pleadings including trial.

5.

That this withdrawal is with the client's consent, knowledge and understanding.

6.

That the Defendant's address is 202 West Third Street, Donalsonville, Georgia 39845, and the Defendant's telephone number is (229) 309-0024.

WHEREFORE, for the above stated reasons the attorney would respectfully request this Court's permission to withdraw as attorney of record.

This the ____ day of October, 2005.

PHIL CANNON, P.C.

BY: _____
PHIL CANNON
State Bar No.: 107895

Prepared by:
Phil Cannon, P.C.
PHIL CANNON, ESQ.
State Bar No. 107895
Post Office Box 722
Albany, Georgia 31702-0722
(229) 446-8085

October 20, 2005


Mr. Phil Cannon
242 W. Broad Avenue
Albany, Georgia 31702

Re: Sergio Rios / Aurora Rodriguez

Dear Mr. Cannon:

With reference to Mr. Sergio Rios' case which we have retained you as Defense Attorney, I would like to request, as of today, you no longer represent us in this matter. At the same time, I request you returned to me the balance from the $ 15,000.00 I paid you and collect only for the services you have preformed.


Sincerely,

*Aurora Rodriguez*
Aurora Rodriguez
202 West 3rd Street
Donaldsonville, Georgia 39845
229-309-0024

Exhibit A