IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>)<br>)<br>) | Case No.: 1:05-MJ-110(CSC)<br>(MDAL)<br>Violation: |
| v. | )<br>) | |
| RIOS, SERGIO,<br>Defendant. | )<br>)<br>)<br>)<br>) | |

## ORDER

The above styled motion having been presented to this Court and it appearing to the Court that no burden will be worked upon the parties involved in this action.

It is hereby the order of this Court that PHIL CANNON, ESQ. be allowed to withdraw as attorney of record for Defendant, SERGIO RIOS.

SO ORDERED, this the ____ day of _____, 2005.

_____
JUDGE, UNITED STATES DISTRICT
COURT
MIDDLE DISTRICT OF ALABAMA

PREPARED BY:

_____
Phil Cannon, Esq.
Post Office Box 722
Albany, Georgia 31702-0722
(229) 446-8085
State Bar #: 107895