IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05mj110-CSC |
| | ) | |
| SERGIO RIOS | ) | |

**ORDER**

Now pending before the court is the motion for appearance of counsel *pro hac vice* (doc. # 6) and motion to withdraw as counsel (doc. # 12) filed by Attorney Phil Cannon. Upon consideration of the motions (docs. # 6 & 12) filed by Attorney Cannon, it is

ORDERED that the motion to withdraw as counsel (doc. # 12) be and is hereby GRANTED and the motion for appearance of counsel *pro hac vice* (doc. # 6) be and is hereby DENIED as moot.

Done this 31st day of October, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE