## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **HON. CHARLES S. COODY** | AT | Montgomery, Alabama |
| **DATE COMMENCED:** 11/2/05 | AT | 2:30 p.m. to 3:27 p.m. |
| **DATE COMPLETED:** 11/2/05 | TO | Digital Recorded |

UNITED STATES OF AMERICA      *
                              *
VS.                           *      CASE NO.: 1:05MJ110-CSC
                              *
SERGIO RIOS

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. TERRY MOORER | * | Atty. Derek Yarbrough |
|  | • | Atty. Spencer Danzey |
| Ron Thweatt, USPTS | | |

**COURT OFFICIALS PRESENT:**

**Court Room Deputy:** Wanda Stinson      **Interpreter:** Beverly Childress

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: **PRELIMINARY/DETENTION HEARING**

# SEE MINUTES ATTACHED

| | LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | |
|---|---|---|
| **Description** | Detention Hrg. : 1:05mj110-CSC | |
| **Date** | 11/ 2 /2005 | **Location** Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 2 :30:49 PM | Court | Court convenes; parties present as noted; Interpreter sworn; parties ready to proceed;  Parties request a fews minutes to review PTS report; |
| 2 :32:52 PM | Atty. Moorer | Addresses the court re: detention/Prelim hrg; Gvt. invokes the presumption  and calls Agent Devin Whittle, Special Agent w/Dept. Justice DEA; Discussion investigation of deft of narcotic conspirarcy in the complaint; Discussions of other individuals receiving meth from deft;  Discussions of court ordered wire intercepts; Discussions has to any knowledge of deft ever leaving the U.S.; |
| 2 :40:56 PM | Atty. Yarbrough | Cross-examination of witness; Discussion of named informants ; Discussion of videotapes  of drug transaction of deft; Discussions of wire tapes;  Discussions of execution of search warrants; |
| 2 :51:02 PM | Atty. Moorer | Re-diect of witness; |
| 2 :52:49 PM | Atty. Yarbrough | Re-cross of witness; |
| 2 :54:42 PM | Court | Witness is excused; |
| 2 :54:54 PM | Atty. Yarbrough | Have a few witness like to call;  Defense calls Ms. Aurora Roderiguez; wife of the deft; witness given oath; Discussions as to relationship to deft;  Discussion of other relatives of the deft; |
| 3 :02:56 PM | Atty. Moorer | Cross-examination; |
| 3 :05:06 PM | Court | Witness is excused; |
| 3 :05:33 PM | Atty. Yarbrough | Calls  Williams Nunez; witness is sworn and seated; |
| 3 :10:10 PM | Atty. Moorer | Cross-examination; |
| 3 :13:29 PM | Court | Witness is excused |
| 3 :13:40 PM | Atty. Moorer | Calls Agent David Henderson; witness is sworn and seated; |
| 3 :15:39 PM | Atty, Yarbrough | Cross-examination; |
| 3 :18:01 PM | Court | witness is excused; |
| 3 :18:19 PM | Atty. Moorer | Addressess the court; |
| 3 :19:29 PM | Atty. Yarbrough | Addresses the court; |
| 3 :20:47 PM | Court | Qustion as to cond of release; Discussion of history in PTS report; |
| 3 :21:38 PM | Atty. Yarbrough | Response; |
| 3 :22:33 PM | Court | Discussion of evidence of history of drug transaction with others; |
| 3 :23:06 PM | Atty. Yarbrough | Response; |
| 3 :23:47 PM | Court | Response; |
| 3 :23:54 PM | Atty.Yarbrough | Discussions of evidence on videotape; |
| 3 :24:59 PM | Court | Discussion as to probable cause; |
| 3 :25:13 PM | Atty. Yarbrough | Response; |
| 3 :25:26 PM | Court | Discussion as to flight risk or danger to community; |
| 3 :25:46 PM | Atty. Yarbrough | Response; |
| 3 :26:55 PM | Court | Court finds that there is probable cause that an offense was committed by the deft ; Orders that the deft be held pending other proceedings in this court; |

| 3 :27:38 PM | Court | Court is recessed; |
|---|---|---|
| | | |