IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA    *
                            *
VS.                         *   CASE NO.: 1:05MJ110-CSC
                            *
SERGIO RIOS                 *

**WITNESS LIST**:

| **GOVERNMENT** | **DEFENDANT** |
|---|---|
| 1. Agent Devin Whittle | 1. Aurora Roderiguez |
| 2. Agent David Henderson | 2. William Nunez |