IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05MJ110-C |
| | ) | |
| SERGIO RIOS | ) | |

## **ORDER**

On November 2, 2005, pursuant to Fed. R. Crim. P. 5.1, the court held a preliminary hearing in this case. Based on the evidence presented at the hearing, the court finds that there is probable cause to believe that an offense has been committed and that the defendant committed it. Accordingly, it is

ORDERED that the defendant be held to answer the charges against him in this court.

Done this 3rd day of November, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE