IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 1:05CR264-F |
| | ) | |
| SERGIO RIOS | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for _____November 30, 2005,_____ in the above-styled cause.

You are DIRECTED to produce the following named prisoner:

**SERGIO RIOS**

before the United States District Court at _____One Church Street, Montgomery, AL_____

in Courtroom 4-B on the __30th__ Day of _____November, 2005_____

at _____10:00 a.m._____

DONE this __18th__ day of November, 2005.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: _/s/ Kelli Gregg_
Deputy Clerk