**COURTROOM DEPUTY MINUTES**              **DATE:** 11/30/05
**MIDDLE DISTRICT OF ALABAMA**

                                          **DIGITAL RECORDING:** 10:09 - 10:16

√  **INITIAL APPEARANCE**
☐  **DETENTION HEARING**
☐  **REMOVAL HEARING (R.40)**
√  **ARRAIGNMENT**
☐  **ARRAIGNMENT on SUPERSEDING INDICTMENT**
☐  **PRELIMINARY EXAMINATION**

| | |
|---|---|
| PRESIDING MAG. JUDGE <u>CHARLES S. COODY</u> | DEPUTY CLERK: <u>WANDA STINSON</u> |
| CASE NO. <u>1:05CR264-F-CSC</u> | DEFT. NAME: <u>SERGIO RIOS</u> |
| USA: <u>KARL DAVID COOKE, JR</u> | ATTY: <u>DEREK YARBROUGH</u> |

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO ;

USPTSO/USPO:_____
Defendant  √ does____ does NOT need an interpreter;
Interpreter present  √  NO ___ YES     NAME:  <u>BEVERLY CHILDRESS</u>

☐ Kars.        Date of Arrest _____   or   ☐ karsr40
√ kia.        Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
☐ kcnsl.       Deft. First Appearance with Counsel
☐            Requests appointed Counsel  ☐ **ORAL MOTION for Appointment of Counsel**
☐ Finaff.      Financial Affidavit executed ☐ to be obtained by PTSO
☐ koappted   **ORAL ORDER** appointing Community Defender Organization  -  **Notice to be filed.**
☐ 20appt.     Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐            Deft. Advises he will retain counsel. Has retained _____
☐            Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
☐            Government's **WRITTEN** Motion for Detention Hrg. filed.
☐            **DETENTION HRG** ☐ held; ☐ Set for_____; ☐ **Prelim. Hrg** ☐ Set for_____
☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
☐ kodtn.      **ORDER OF DETENTION PENDING TRIAL** entered
☐ kocondrls.  Release order entered. ☐ Deft. advised of conditions of release.
☐ kbnd.       ☐ **BOND EXECUTED (M/D AL charges)** $_____ Deft released (kloc LR)
             ☐ **BOND EXECUTED (R.40 charges)** - deft to report to originating district as ordered
☐ loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
☐ ko.        Deft. **ORDERED REMOVED** to originating district
☐ kwvprl.     Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
☐            Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
√ Karr.      **ARRAIGNMENT SET FOR:**_____ √ **HELD.** Plea of **NOT GUILTY** entered.
             √ **Trial Term** <u>2/13/06</u>;   ☐ **PRETRIAL CONFERENCE DATE:** _____
             √ **DISCOVERY DISCLOSURES DATE:** <u>11/30/05</u>
☐ Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
☐ krmvhrg.    Identity/Removal Hearing set for _____
√ Kwvspt.    **Waiver of Speedy Trial Act Rights Executed.**