IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| vs. | * | CR. No: 1:05CR00264-MEF |
| | * | |
| SERGIO RIOS, | * | |
| Defendant. | * | |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, Sergio Rios, a defendant in the above-styled cause, do hereby waive my rights to a speedy trial as established in 18 *U.S.C* §3161, et seq. I certify to the Court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

12-21-05
**Date**

*Sergio Rios*
**Defendant**

s/ Derek E. Yarbrough
**Derek E. Yarbrough**
Bar Number: ASB-6664-R63D
**Attorney for Defendant Rios**
Motley, Motley & Yarbrough, LLC
Dan Clemmons Building
117 East Main Street
Dothan, Alabama 36301
Telephone: (334) 793-0051
Fax: (334) 793-9845
E-mail: motley@graceba.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| | * | |
| | * | |
| vs. | * | CR. No: 1:05CR264-MEF |
| | * | |
| **SERGIO RIOS,** | * | |
| | * | |
| Defendant. | * | |

### CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2005, a Waiver Of Speedy Trial Act Rights was filed on behalf of Defendant Sergio Rios with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | | |
|---|---|---|
| A. Clark Morris | John T. Harmon | Spencer W. Danzey |
| U.S. Attorney's Office | U.S. Attorney's Office | Capps and Gartlan |
| P.O. Box 197 | P.O. Box 197 | 170 S. Oates St. |
| Montgomery, AL 36101-0197 | Montgomery, AL 36101-0197 | Suite 2 |
| Tel: 334-223-7280 | Tel: 334-223-7280 | Dothan, AL 36301 |
| Fax: 334-223-7560 | Fax: 334-223-7560 | Tel:334-678-7994 |
| clark.morris@usdoj.gov | john.harmon@usdoj.gov | ecnepsd@yahoo.com |

and a copy has been mailed by United States Postal Service to the following non-CM/ECF participants: None

                          **s/ Derek E. Yarbrough**
                          **Derek E. Yarbrough**
                          Bar Number: ASB-6664-R63D
                          **Attorney for Defendant Rios**
                          Motley, Motley & Yarbrough, LLC
                          Dan Clemmons Building
                          117 East Main Street
                          Dothan, Alabama 36301
                          Telephone: (334) 793-0051
                          Fax: (334) 793-9845
                          E-mail: motley@graceba.net