# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | * |
| | * |
| | * |
| vs. | *   Case#:  1:05-cr-00264-MEF-CSC |
| | * |
| **SERGIO RIOS,** | * |
| | * |
| Defendant. | * |

## MOTION TO PRODUCE DEFENDANT

*COMES NOW* Defendant Sergio Rios, by and through his undersigned attorney, and pursuant to the Court's Order On Arraignment, moves the Court to issue an order to the United States Marshall to transport Defendant to the initial pretrial conference set in this case on January 3, 2006, at 1:00 p.m. in Courtroom 4B, United States Courthouse Complex.

Respectfully submitted,

> **s/ Derek E. Yarbrough**
> **Derek E. Yarbrough**
> Bar Number: ASB-6664-R63D
> **Attorney for Defendant Sergio Rios**
> Motley, Motley & Yarbrough, LLC
> Dan Clemmons Building
> 117 East Main Street
> Dothan, Alabama 36301
> Telephone:  (334) 793-0051
> Fax: (334) 793-9845
> E-mail: motley@graceba.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| | * | |
| | * | |
| vs. | * | Case#: 1:05-cr-264-MEF-CSC |
| | * | |
| **SERGIO RIOS,** | * | |
| | * | |
| Defendant. | * | |

### CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2005, a Motion To Produce Defendant was filed on behalf of Defendant Sergio Rios with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | | |
|---|---|---|
| A. Clark Morris | John T. Harmon | Spencer W. Danzey |
| U.S. Attorney's Office | U.S. Attorney's Office | Capps and Gartlan |
| P.O. Box 197 | P.O. Box 197 | 170 S. Oates St. |
| Montgomery, AL 36101-0197 | Montgomery, AL 36101-0197 | Suite 2 |
| Tel: 334-223-7280 | Tel: 334-223-7280 | Dothan, AL 36301 |
| Fax: 334-223-7560 | Fax: 334-223-7560 | Tel:334-678-7994 |
| clark.morris@usdoj.gov | john.harmon@usdoj.gov | ecnepsd@yahoo.com |

and a copy has been mailed by United States Postal Service to the following non-CM/ECF participants: None

                                          **s/ Derek E. Yarbrough**
                                          **Derek E. Yarbrough**
                                          Bar Number: ASB-6664-R63D
                                          **Attorney for Defendant Sergio Rios**
                                          Motley, Motley & Yarbrough, LLC
                                          Dan Clemmons Building
                                          117 East Main Street
                                          Dothan, Alabama 36301
                                          Telephone: (334) 793-0051
                                          Fax: (334) 793-9845
                                          E-mail: motley@graceba.net