IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05CR264-F |
| | ) | |
| SERGIO RIOS | ) | |

**ORDER**

Now pending before the court is the defendant's motion to produce the defendant for

the pretrial conference (doc. # 31). For good cause, it is

ORDERED that the motion to produce (doc. # 31) be and is hereby GRANTED. The

United States Marshal or the person having custody of the defendant shall produce the

defendant for the pretrial conference presently set for January 3, 2006, at 1:00 p.m in

Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama.

Done this 30th day of December, 2005.


        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE