COURTROOM DEPUTY'S MINUTES                    DATE: January 3, 2006

MIDDLE DISTRICT OF ALABAMA                    Digital Recording: 1:05 - 1:09

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Charles S. Coody**        **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 1:05cr264-LSC**        **DEFENDANT(S) Sergio Rios, Johnny Lamar Slay**

**Beverly Childress - Interpreter (Defendant Sergio Rios present at pretrial conference)**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris | * | Derek Evan Yarbrough/Stephen Glassroth (Rios) |
| | * | Donnie Bethel (Slay) |

❏ **DISCOVERY STATUS:**

❏ **PENDING MOTION STATUS:**
   Motion filed by defendant Rios to extend pretrial motion deadlines will be granted if motion to continue is granted by District Judge.

❏ **PLEA STATUS:**
   Rios - cannot say at this time whether this will be a trial or plea
   Slay - will enter plea

❏ **TRIAL STATUS**
   Trial time - 1 week

❏ **REMARKS:**
   Mr. Yarbrough's discussions regarding difficult with voluminous discovery.
   Mr. Glassroth to file Notice of Appearance