IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **Criminal Action No.** |
| | ) | **1:05-cr-264-LSC** |
| | ) | |
| **SERGIO RIOS** | ) | |

### NOTICE OF APPEARANCE OF COUNSEL

Please enter my appearance as additional counsel for Sergio Rios in the above-styled cause.

Kindly send all notices to undersigned counsel at the address noted below.

RESPECTFULLY SUBMITTED this the 3rd day of January, 2006.

_____
STEPHEN R. GLASSROTH (GLA005)
Attorney  for the defendant
s/Stephen R. Glassroth
Stephen R. Glassroth
THE GLASSROTH LAW FIRM, P.C.
615 S. McDonough Street
Post Office Box 910
Montgomery, Alabama 36101-0910
(334) 263-9900
(334) 263-9940 - fax
firm@glassrothlaw.com


OF COUNSEL:

THE GLASSROTH LAW FIRM, P.C.
615 S. McDonough Street
Post Office Box 910
Montgomery, Alabama 36101-0910
(334) 263-9900
(334) 263-9940 - fax

**CERTIFICATE OF SERVICE**

I hereby certify that on January 03, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

A. Clark Morris

        Respectfully submitted,
        s/Stephen R. Glassroth
        Stephen R. Glassroth
        THE GLASSROTH LAW FIRM, P.C.
        615 S. McDonough Street
        Post Office Box 910
        Montgomery, Alabama 36101-0910
        (334) 263-9900
        (334) 263-9940 - fax
        firm@glassrothlaw.com