# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| vs. | * Case#: 1:05-cr-00264-MEF-CSC |
| SERGIO RIOS, | * |
| Defendant. | * |

## MOTION TO CONTINUE TRIAL SETTING

*COMES NOW* Defendant Sergio Rios, by and through his undersigned attorney and moves this Honorable Court to continue the final trial of this case currently to begin February 13, 2006, as well as the pre-trial deadlines contained in the Court's Order On Arraignment issued December 1, 2005, and as for cause Defendant shows the following:

1. This is a case involving (a) a nine count indictment with an additional criminal forfeiture count; (b) three defendants; (c) multiple wire taps issued and monitored over a period of several years; and (d) involving acts allegedly committed in several cities, two states and possibly one foreign country.

2. The issues involved in this case are complex and the witnesses numerous. Defendant Rios, as well as several witnesses who will need to be interviewed, are not fluent in the English language, further complicating the investigation and preparation of the case for trial.

3. The amount of discovery already produced by the Government is voluminous, and counsel for Defendant will not have time to study, analyze and further develop the existing evidence nor to determine the need for further discovery nor defensive motions without an



**MOTION GRANTED**

THIS 24th DAY OF January, 20 06

/s/ L. Scott Coogler

**UNITED STATES DISTRICT JUDGE**