UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| vs. ] | 1:05-cr-0264-LSC |
| SERGIO RIOS (1) ] | |

**O R D E R**

This action is scheduled for a STATUS CONFERENCE for **8:45 a.m. on Thursday, February 23, 2006,** in Courtroom 2-D in the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 3rd day of February 2006.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019