IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05cr264-LSC-CSC |
| | ) | |
| SERGIOS RIOS | ) | |

**ORDER**

For good cause, it is

ORDERED that the final pretrial conference presently set for 3:30 p.m. on March 3, 2006, be and is hereby RESET to **1:30 p.m. on March 6, 2006**, in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama.

All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, provided, however, that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 14th day of February, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE