| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :   MARCH 6, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED: 1:33 - 1:35** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** <u>CHARLES S. COODY</u>     **DEPUTY CLERK:** <u>WANDA STINSON</u>

**CASE NUMBER:** <u>1:05CR264-LSC-CSC</u>     **DEFENDANT NAME:** <u>SERGIO RIOS</u>

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  VERNE SPEIRS | ATTY. DEREK E. YARBROUGH, STEPHEN P. FEAGA, SPENCER W. DANZEY |

√     **DISCOVERY STATUS:** Completed.

√     **PENDING MOTION STATUS:**   None.

√     **PLEA STATUS:**     Possible plea.

√     **TRIAL STATUS:** Case will take 6 days, if goes to trial.

☐     **REMARKS:**