# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| | * | |
| | * | |
| vs. | * | CR. No: 1:05CR00264-LSC-CSC |
| | * | |
| **SERGIO RIOS,** | * | |
| | * | |
| Defendant. | * | |

### NOTICE OF INTENT TO CHANGE PLEA

*COMES NOW* the Defendant Sergio Rios, by and though his undersigned attorney, and hereby notifies the Court of his intent to change his previously entered plea of not guilty to guilty.

Defendant consents to have his plea taken before a Magistrate Judge.

    Respectfully submitted,

    **s/ Derek E. Yarbrough**
    **Derek E. Yarbrough**
    Bar Number: ASB-6664-R63D
    **Attorney for Defendant Sergio Rios**
    Motley, Motley & Yarbrough, LLC
    Dan Clemmons Building
    117 East Main Street
    Dothan, Alabama 36301
    Telephone: (334) 793-0051
    Fax: (334) 793-9845
    E-mail: motley@graceba.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| | * | |
| | * | |
| vs. | * | CR. No: 1:05CR264-LSC-CSC |
| | * | |
| **SERGIO RIOS,** | * | |
| | * | |
| Defendant. | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2006, a Notice Of Intent To Change Plea was filed on behalf of Defendant Sergio Rios with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | | |
|---|---|---|
| A. Clark Morris | John T. Harmon | Spencer W. Danzey |
| U.S. Attorney's Office | U.S. Attorney's Office | Capps & Assoc. |
| P.O. Box 197 | P.O. Box 197 | 170 S. Oates St. |
| Montgomery, AL 36101-0197 | Montgomery, AL 36101-0197 | Suite 2 |
| Tel: 334-223-7280 | Tel: 334-223-7280 | Dothan, AL 36301 |
| Fax: 334-223-7560 | Fax: 334-223-7560 | Tel:334-678-7994 |
| clark.morris@usdoj.gov | john.harmon@usdoj.gov | ecnepsd@yahoo.com |

and a copy has been mailed by United States Postal Service to the following non-CM/ECF participants: None

    **s/ Derek E. Yarbrough**
    **Derek E. Yarbrough**
    Bar Number: ASB-6664-R63D
    **Attorney for Defendant Rios**
    Motley, Motley & Yarbrough, LLC
    Dan Clemmons Building
    117 East Main Street
    Dothan, Alabama 36301
    Telephone: (334) 793-0051
    Fax: (334) 793-9845
    E-mail: motley@graceba.net