COURTROOM DEPUTY MINUTES    DATE: __April 12, 2006__    FTR RECORDING: __1:37 - 2:09__
MIDDLE DISTRICT OF ALABAMA    COURT REPORTER: __JAMES DICKENS__

☐ ARRAIGNMENT    ✓ CHANGE OF PLEA    ☐ CONSENT PLEA

☐ RULE 44(c) HEARING    ☐ SENTENCING

| | |
|---|---|
| PRESIDING MAG. JUDGE: *CHARLES S. COODY* | DEPUTY CLERK: *WANDA STINSON* |
| CASE NUMBER: *1:05CR264-LSC-CSC* | DEFENDANT NAME: *SERGIO RIOS* |
| AUSA: *A. CLARK MORRIS* | DEFENDANT ATTY: *DEREK YARBROUGH* |
| | Type Counsel: ( ) Waived; (✓) Retained; ( ) Panel CJA; ( ) CDO |
| USPO: _____ | |
| Defendant ✓ does ___ does NOT need and interpreter. Name: **BEVERLY CHILDRESS** | |

☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ☐ Not Guilty    ☐ Nol Contendere    ☐ Not Guilty by reason of insanity

✓ Guilty as to:    ✓ Count(s) _1, 2 - 9_ of the **Indictment.**

☐ Count(s) _____    ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered. ✓ Written plea agreement filed. ☐ **OPEN/ORAL** Plea Agreement.

☐ ORDERED SEALED.

✓ **ORAL ORDER** Adjudicating defendant guilty.

☐ **ORDER:** Defendant Continued ☐ same Conditions/Bond imposed; ☐ Released on Bond & Conditions of Release for: ☐ Trial on _____; ☐ Sentencing on _____; ☐To be set by Separate Order

✓ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____; or ✓ Sentencing on _____ ✓ Set by separate Order.