**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **Criminal Action No.** |
| | ) | **1:05-cr-264-LSC** |
| | ) | |
| **SERGIO RIOS** | ) | |

<u>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**</u>

Comes now Stephen R. Glassroth who moves the Court for the entry of an order granting leave to withdraw as counsel of record for the defendant in this case. In support the motion, the following is shown to the Court:

1. Undersigned counsel is one of several attorneys of record representing the defendant in this case.

2. Counsel has received a communication from the defendant in this case directing that he cease acting as counsel for the defendant.

3. Under Alabama Rule of Professional Conduct 1.16(a)(3), "a lawyer shall not represent a client or, where a representation has commenced shall withdraw from the representation of a client, if : . . . the lawyer is discharged."

4. Since undersigned counsel has received a communication from the defendant in this case terminating his representation, withdrawal as counsel for the defendant is mandatory under the applicable Rule of Professional Conduct.

5. The defendant will continue to be represented by other counsel of record in this case, so there is no prejudice to the defendant with counsel abiding by his direction to seek withdrawal and the Court granting counsel leave to withdraw.

WHEREFORE, undersigned counsel prays that Court will consider the matter set forth

herein and, after due consideration, enter its order granting counsel leave to withdraw from representing the defendant in this matter and directing that counsel have no further responsibility for representation of the defendant in this case.

RESPECTFULLY SUBMITTED this the 17th day of April, 2006.

    s/Stephen R. Glassroth
STEPHEN R. GLASSROTH (GLA005)
Attorney for the defendant
Stephen R. Glassroth
THE GLASSROTH LAW FIRM, P.C.
615 S. McDonough Street
Post Office Box 910
Montgomery, Alabama 36101-0910
(334) 263-9900
(334) 263-9940 - fax
firm@glassrothlaw.com

OF COUNSEL:

THE GLASSROTH LAW FIRM, P.C.
615 S. McDonough Street
Post Office Box 910
Montgomery, Alabama 36101-0910
(334) 263-9900
(334) 263-9940 - fax

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: A. Clark Morris

s/Stephen R. Glassroth
Stephen R. Glassroth
THE GLASSROTH LAW FIRM, P.C.
615 S. McDonough Street
Post Office Box 910
Montgomery, Alabama 36101-0910
(334) 263-9900
(334) 263-9940 - fax
firm@glassrothlaw.com