IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO.  1:05cr264-LSC |
| | ) | |
| SERGIO RIOS | ) | |

**ORDER**

Now pending before the court is defendant Rios' motion to allow Stephen Glassroth to withdraw as counsel of record (doc. # 60).  Defendant Rios continues to be represented by other counsel.  Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that defendant Rios' motion to allow Stephen Glassroth to withdraw as counsel of record (doc. # 60) be and is hereby GRANTED.

Done this 11th day of May, 2006.

                /s/Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE