IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:05-cr-264-MEF-CSC |
| ) | |
| SERGIO RIOS ) | |

**ORDER**

Upon consideration of the government's motion for release from custody (doc. # 71), filed on August 8, 2006, and for good cause, it is

ORDERED that the motion (doc. # 71) be and hereby is GRANTED. It is further

ORDERED that the United States Marshals Service shall release custody of SERGIO RIOS to Special Agents Devin Whittle and/or Bob Greenwood, from August 9, 2006, through January 1, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Special Agents Devin Whittle and/or Bob Greenwood shall return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Done this 9th day of August, 2006.

          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE