```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05cr264-MEF |
| | ) | |
| SERGIO RIOS, | ) | |
| a/k/a Nick, Jose and Sergy; | ) | |
| JAMES LINDY ARGO, | ) | |
| a/k/a Catfish; | ) | |
| JOHNNY LAMAR SLAY, | ) | |
| a/k/a John Slay | ) | |

O R D E R

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the Forfeiture Allegation is hereby stricken from the indictment returned November 15, 2005.

DONE this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE