Honorable Clerk of Court
United States District Court
Middle District of Alabama
P.O. BOX 711
Montgomery, AL 36104

September 20, 2007

Re: US v. SERGIO RIOS
    ( 1:05-CR-0264-LSC )

Honorable Clerk:

   Please accept this letter in lieu of a more formal motion but I am a layman in matters of law and english inliterate and want to respectfully ask to this H. Court for a leave of the Court to submit a motion under title 28 USC § 2255, and also with a format used in this H. Court to proceed under 28 USC 2255. Also, I am respectfully requesting to be provided with a copy of my presentece information report and the plea agreement from my case.

   I thank your Honor in advance for your kind consideration and attention to this letter, also asking for any other adjudication that this Court may consider as just and proper.

Respectfully submitted,

*Sergio Rios*
Sergio Rios
Reg.# 87975-020
P.O BOX 605
Eden, TX 76837