IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal Case No. 1:05cr264-MEF |
| ) | |
| SERGIO RIOS ) | |

**ORDER ON MOTION**

Defendant Sergio Rios has filed a motion for leave of court to file a motion under 28 U.S.C. § 2255 (Doc. No. 106). Leave of court is not required to file a motion under 28 U.S.C. § 2255. Accordingly, it is

ORDERED that the motion for leave of court (Doc. No. 106) be and is hereby DENIED as moot.

Done this 3rd day of October, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE